FLOYD M. PERRY, Respondent, v. ST. JOSEPH'S HOSPITAL, Appellant.— All concur, except McCurn, J., not voting. (Appeal from a judgment of Onondaga County Court, BREED, J., affirming a judgment of Syracuse Municipal Court, SKERRITT, J., for plaintiff, in a negligence action.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.

JOSEPH SANTOLLA, Respondent, v. GEORGE H. SCHUMAKER, Appellant.— All concur. (Appeal from a judgment of Monroe County Court, O'MARA, J., affirming an order of Rochester City Court, SHEEHAN, J., awarding possession of certain leased premises to the landlord-petitioner.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.

ALBIN G. JOHNSON, Appellant, v. LINUS R. WEIS et al., Respondents.— Memorandum: The complaint in the second cause of action alleges that the defendants, including defendant Maloy, conspired to defraud the plaintiff. Maloy's answer is a general denial. The complaint has not been attacked. The matters sought to be elicited upon an examination before trial of Maloy, as an adverse party, are material and necessary in the prosecution of the action. We are of opinion that the plaintiff is entitled to examine the defendant, Maloy, as to the matters set forth in the notice of motion and is entitled to the production of the papers therein demanded. All concur. (Appeal from an order, as resettled by a subsequent order, denying plaintiff's motion to examine defendant Maloy before trial.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.

STEPHANIA A. JENDRASIK, as Administratrix of the Estate of HARRY S. JENDRASIK, Deceased, Respondent, v. SOUTH BUFFALO RAILWAY COMPANY, Appellant.— Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ. [See ante, p. 979.]

In the Matter of VERNON R. WELLS, an Attorney.— Memorandum: Considering the allegations of the amended petition and the admissions contained in the answer thereto and the recommendation of the Erie County Bar Association, we reach the conclusion that censure is sufficient. All concur. Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.